# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BOB KIMBALL BUILDING & REMODELING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 2:16-cv-00163-JDL ) |
| ABRAHAM SHURLAND and ELIZABETH SHURLAND, | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 19) with the court on July 7, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The time within which to file objections expired July 25, 2016, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The plaintiff's Motion to Compel Arbitration (ECF No. 3; *see* ECF No. 2-2 at 5-6) is **DENIED**.

**SO ORDERED.**

Dated this 1st day of August, 2016.

                                                           /s/ Jon D. Levy
                                                         U.S. DISTRICT JUDGE